1
2
3
4   Patrick McMahon, WSBA #18809
    Attorneys for Defendants
5   Carlson & McMahon, PLLC
6   715 Washington Street
7   P.O. Box 2965
    Wenatchee, WA  98807-2965
8   509-662-6131
9   509-663-0679 Facsimile
10  patm@carlson-mcmahon.org

11                                    THE HONORABLE MARY K. DIMKE

12
13              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
14

15  Estate of JOSEPH ALEXANDER VERVILLE,      No. 2:24-cv-00010-MKD
16  deceased, by and through Joshua Brothers as a
    Personal Representative, ABIGAIL SNYDER,
17  individually, and JAN VERVILLE,
    individually,                              **DEFENDANTS' ANSWER** *and*
18                                             **AFFIRMATIVE DEFENSES**
19                                             **TO PLAINTIFFS' SECOND**
                    Plaintiffs,                **AMENDED COMPLAINT [ECF**
20                                             **22]** *and* **DEMAND FOR JURY**
            v.
21
22  CHELAN COUNTY, Washington, a municipal
23  corporation d/b/a CHELAN COUNTY
    REGIONAL JUSTICE CENTER;
24  CHRISTOPHER SHARP; and KAMI
25  ALDRICH, L.P.N.

26
27                  Defendants.

28
29
30

DEFENDANTS' ANSWER *and*                 Carlson & McMahon, PLLC
AFFIRMATIVE DEFENSES                     715 Washington St / PO Box 2965
TO PLAINTIFFS' SECOND AMENDED            Wenatchee, WA  98807-2965
COMPLAINT - Page 1                       (509) 662-6131 F (509) 663-0679

COME NOW Defendants, hereinafter referred to as "this Defendant", by and through their attorney of record, Patrick McMahon of Carlson & McMahon, PLLC, and hereby submit their Answer to the Plaintiffs' Second Amended Complaint [ECF 22] as follows:

## I. <u>INTRODUCTION</u>

1.     This Paragraph does not require a response from this Defendant.  To the extent a response is required, this Defendant denies Paragraph 1 of Plaintiffs' Second Amended Complaint in its entirety.

2.     This Defendant admits that Plaintiff Verville was accepted into Chelan County Regional Justice Center ("CCRJC") on September 5, 2021. This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 2 of Plaintiffs' Second Amended Complaint, denies the same.

3.     This Paragraph states a legal conclusion for which no response is required.  To the extent a response is required, this Defendant denies Paragraph 3 of Plaintiffs' Second Amended Complaint.

## II. <u>PARTIES</u>

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 2

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

4.     This Defendant having insufficient information to either admit or deny the allegations contained in Paragraph 4 of Plaintiffs' Second Amended Complaint, denies the same.

5.     This Defendant having insufficient information to either admit or deny the allegations contained in Paragraph 5 of Plaintiffs' Second Amended Complaint, denies the same.

6.     This Defendant having insufficient information to either admit or deny the allegations contained in Paragraph 6 of Plaintiffs' Second Amended Complaint, denies the same.

7.     This Defendant admits that Defendant Chelan County is a municipality located in the State of Washington. This Defendant further admits Chelan County maintains and operates the Chelan County Regional Justice Center (CCRJC), and admits that the CCRJC is located in Wenatchee, Washington and houses and confines both pretrial detainees as well as convicted prisoners. This Defendant admits the Jail has the capacity for 267 persons. This Defendant having insufficient information to either admit or deny the population and geographical area as set forth in Paragraph 7 of Plaintiffs' Second Amended Complaint, denies the same. The remainder of Paragraph 7 states a legal

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 3

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

conclusion to which no response is required. To the extent a response is required, this Defendant denies the remainder of the allegations contained in Paragraph 7.

8.    This Defendant denies Paragraph 8 of Plaintiffs' Second Amended Complaint.

9.    This Defendant having insufficient information to either admit or deny the allegations contained in admits Paragraph 9 of Plaintiffs' Second Amended Complaint, denies the same.

10.    This Defendant admits that Defendant Christopher Sharp was at all times relevant to this case the Director of Chief of CCRJC; however, this Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 10 of Plaintiffs' Second Amended Complaint, denies the same.

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 4

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

11.    This Defendant admits that Defendant Kami Aldrich was at all times relevant to this case a Licensed Practical Nurse (LPN) employed by the County and working at CCRJC; however, this Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 11 of Plaintiffs' Second Amended Complaint, denies the same.

12.    This Defendant admits Paragraph 12 of Plaintiffs' Second Amended Complaint.

## II. <u>JURISDICTION AND VENUE</u>

(This Paragraph should be Paragraph III and is a typographical error by Plaintiff)

13.    This Defendant admits that the Court has jurisdiction in this matter and that named Defendants live and/or did business in Washington; however, this Defendant denies any actions or omissions as alleged in this Paragraph 13 of Plaintiffs' Second Amended Complaint.

14.    This Defendant admits that venue is proper as stated in Paragraph 14 of Plaintiffs' Second Amended Complaint.

## III. <u>STATEMENT OF FACTS</u>

(This Paragraph should be Paragraph IV and is a typographical error by Plaintiff)

**A.    Jail Responsibilities Overview**

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 5

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

15.    This Paragraph 15 of Plaintiffs' Second Amended Complaint states a legal conclusion to which no response is required. To the extent a response is required, this Defendant denies this Paragraph in its entirety.

16.    This Defendant admits in Paragraph 16 of Plaintiffs' Second Amended Complaint that intoxication and withdrawal are medical conditions that can occur in jail, however, denies there was any failure to treat reasonably and promptly, or that anyone was placed in grave danger.

17.    This Paragraph 17 of Plaintiffs' Second Amended Complaint states an opinion/legal conclusion to which no response is required by this Defendant. To the extent a response is required, this Defendant denies the entirety of Paragraph 17.

18.    This Defendant in Paragraph 18 of Plaintiffs' Second Amended Complaint denies breaching a duty to reasonably ensure the safety of those confined in its jail, including those who are undergoing health complications.

19.    This Defendant in Paragraph 19 of Plaintiffs' Second Amended Complaint denies depriving Joseph of his constitutional rights.

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 6

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

20.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 20 of Plaintiffs' Second Amended Complaint, denies the same.

21.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 21 of Plaintiffs' Second Amended Complaint, denies the same.

22.    This Defendant denies Paragraph 22 of Plaintiffs' Second Amended Complaint.

B.    **Joseph's Death at the Chelan County Jail**

23.    This Defendant denies Paragraph 23 of Plaintiffs' Second Amended Complaint.

24.    This Defendant denies Paragraph 24 of Plaintiffs' Second Amended Complaint.

25.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 25 of Plaintiffs' Second Amended Complaint, denies the same.

26.    This Paragraph 26 of Plaintiffs' Second Amended Complaint contains a statement/legal conclusion to which no response is required from this

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 7

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 F (509) 663-0679

Defendant. To the extent a response is required, this Defendant denies Paragraph 26 in its entirety.

27.    This Paragraph 27 of Plaintiffs' Second Amended Complaint contains a statement/legal conclusion to which no response is required from this Defendant. To the extent a response is required, this Defendant denies Paragraph 27 in its entirety.

28.    This Paragraph 28 of Plaintiffs' Second Amended Complaint contains a statement/legal conclusion to which no response is required from this Defendant. To the extent a response is required, this Defendant denies Paragraph 28 in its entirety.

29.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 29 of Plaintiffs' Second Amended Complaint, denies the same.

30.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 30 of Plaintiffs' Second Amended Complaint, denies the same.

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 8

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

31.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 31 of Plaintiffs' Second Amended Complaint, denies the same.

32.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 32 of Plaintiffs' Second Amended Complaint, denies the same.

33.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 33 of Plaintiffs' Second Amended Complaint, denies the same.

34.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 34 of Plaintiffs' Second Amended Complaint, denies the same.

35.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 35 of Plaintiffs' Second Amended Complaint, denies the same.

36.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 36 of Plaintiffs' Second Amended Complaint, denies the same.

37.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 37 of Plaintiffs' Second Amended Complaint, denies the same.

38.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 38 of Plaintiffs' Second Amended Complaint, denies the same.

39.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 39 of Plaintiffs' Second Amended Complaint, denies the same.

40.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 40 of Plaintiffs' Second Amended Complaint, denies the same.

41.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 41 of Plaintiffs' Second Amended Complaint denies the same.

42.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 42 of Plaintiffs' Second Amended Complaint, denies the same.

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 10

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

43.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 43 of Plaintiffs' Second Amended Complaint, denies the same.

44.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 44 of Plaintiffs' Second Amended Complaint, denies the same.

45.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 45 of Plaintiffs' Second Amended Complaint, denies the same.

46.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 46 of Plaintiffs' Second Amended Complaint, denies the same.

47.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 47 of Plaintiffs' Second Amended Complaint, denies the same.

48.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 48 of Plaintiffs' Second Amended Complaint, denies the same.

49.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 49 of Plaintiffs' Second Amended Complaint, denies the same.

50.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 50 of Plaintiffs' Second Amended Complaint, denies the same.

51.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 51 of Plaintiffs' Second Amended Complaint, denies the same.

52.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 52 of Plaintiffs' Second Amended Complaint, denies the same.

53.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 53 of Plaintiffs' Second Amended Complaint, denies the same.

54.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 54 of Plaintiffs' Second Amended Complaint, denies the same.

55.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 55 of Plaintiffs' Second Amended Complaint, denies the same.

56.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 56 of Plaintiffs' Second Amended Complaint, denies the same.

57.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 57 of Plaintiffs' Second Amended Complaint, denies the same.

58.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 58 of Plaintiffs' Second Amended Complaint, denies the same.

59.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 59 of Plaintiffs' Second Amended Complaint, denies the same.

60.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 60 of Plaintiffs' Second Amended Complaint, denies the same.

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

61.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 61 of Plaintiffs' Second Amended Complaint, denies the same.

62.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 62 of Plaintiffs' Second Amended Complaint, denies the same.

63.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 63 of Plaintiffs' Second Amended Complaint, denies the same.

64.    This Defendant denies Paragraph 64 of Plaintiffs' Second Amended Complaint.

65.    This Defendant denies Paragraph 65 of Plaintiffs' Second Amended Complaint.

66.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 66 of Plaintiffs' Second Amended Complaint, denies the same.

67.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 67 of Plaintiffs' Second Amended Complaint, denies the same.

68.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 68 of Plaintiffs' Second Amended Complaint, denies the same.

69.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 69 of Plaintiffs' Second Amended Complaint, denies the same.

70.    This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 70 of Plaintiffs' Second Amended Complaint, denies the same.

71.    This Defendant denies Paragraph 71 of Plaintiffs' Second Amended Complaint.

72.    This Defendant denies Paragraph 72 of Plaintiffs' Second Amended Complaint.

73.    This Defendant denies Paragraph 73 of Plaintiffs' Second Amended Complaint.

74.    This Defendant denies Paragraph 74 of Plaintiffs' Second Amended Complaint.

75.    This Defendant denies Paragraph 75 of Plaintiffs' Second Amended Complaint.

76.    This Defendant denies Paragraph 76 of Plaintiffs' Second Amended Complaint.

77.    This Defendant denies Paragraph 77 of Plaintiffs' Second Amended Complaint.

78.    This Defendant denies Paragraph 78 of Plaintiffs' Second Amended Complaint.

79.    This Defendant denies Paragraph 79 of Plaintiffs' Second Amended Complaint.

80.    This Defendant denies Paragraph 80 of Plaintiffs' Second Amended Complaint.

81.    This Defendant denies Paragraph 81 of Plaintiffs' Second Amended Complaint.

82.    This Defendant denies Paragraph 82 of Plaintiffs' Second Amended Complaint.

DEFENDANTS' ANSWER *and* AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT - Page 16

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 F (509) 663-0679

83.     This Defendant denies Paragraph 83 of Plaintiffs' Second Amended Complaint.

84.     This Defendant denies Paragraph 84 of Plaintiffs' Second Amended Complaint.

85.     This Defendant denies Paragraph 85 of Plaintiffs' Second Amended Complaint.

86.     This Defendant denies Paragraph 86 of Plaintiffs' Second Amended Complaint.

## IV. **STATUTORY COMPLIANCE**

(This Paragraph should be Paragraph V and is a typographical error by Plaintiff)

87.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 87 of Plaintiffs' Second Amended Complaint, denies the same.

88.     This Defendant having insufficient information to either admit or deny the remainder of the allegations contained in Paragraph 88 of Plaintiffs' Second Amended Complaint, denies the same.

## V. **FIRST CAUSE OF ACTION – 42 U.S.C. § 1983 – ALL DEFENDANTS**

(This Paragraph should be Paragraph VI and is a typographical error by Plaintiff)

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 17

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

89.     This Defendant denies Paragraph 89 of Plaintiffs' Second Amended Complaint.

90.     This Defendant denies Paragraph 90 of Plaintiffs' Second Amended Complaint.

91.     This Defendant denies Paragraph 91 of Plaintiffs' Second Amended Complaint.

92.     This Defendant denies Paragraph 92 of Plaintiffs' Second Amended Complaint.

## VI. SECOND CAUSE OF ACTION – NEGLIGENCE – ALL DEFENDANTS

(This Paragraph should be Paragraph VII and is a typographical error by Plaintiff)

93.     This Defendant denies Paragraph 93 of Plaintiffs' Second Amended Complaint.

94.     This Defendant denies Paragraph 94 of Plaintiffs' Second Amended Complaint.

95.     This Defendant denies Paragraph 95 of Plaintiffs' Second Amended Complaint.

## VII. **PRAYER FOR RELIEF**

(This Paragraph should be Paragraph VIII and is a typographical error by

Plaintiff)

This Defendant denies Paragraphs 1 through 5 of Section VII, Prayer for Relief, of Plaintiffs' Second Amended Complaint.

## VII. **DEMAND FOR JURY TRIAL**

(This Paragraph should be Paragraph IX and is a typographical error by Plaintiff)

This Paragraph does not require a response from this Defendant.   This Defendant requests this case be tried by a jury pursuant to FRCP 38.

## **AFFIRMATIVE DEFENSES**

By way of further Answer and Affirmative Defenses, this Defendant alleges as follows:

## **I.**

As a First Affirmative Defense, this Defendant alleges that the Plaintiff fails to state a cause of action against this Defendant upon which relief may be granted.

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 19

## II.

As a Second Affirmative Defense, this Defendant alleges that Defendants Sharp and Aldrich are entitled to Qualified Immunity as to all claims asserted against them and all claims asserted against these Defendants are barred by the Qualified Immunity legal doctrine.

## III.

As a Third Affirmative Defense, this Defendant alleges that Plaintiff has failed to mitigate his damages, if any.

## IV.

As a Fourth Affirmative Defense, this Defendant alleges that the named Plaintiff-Decedent did not exercise the ordinary care, caution, or prudence to avoid the damages complained of in his Second Amended Complaint, and the damages complained of in Plaintiffs' Second Amended Complaint were solely and proximately caused by the negligence of the Plaintiff-Decedent.

## V.

As a Fifth Affirmative Defense, this Defendant alleges that the sole and proximate cause of the damages complained of in Plaintiffs' Second Amended Complaint was the negligence and fault of parties over which this Defendant has no control.

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 20

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

**VI.**

As a Sixth Affirmative Defense, this Defendant alleges that Decedent-Plaintiff was injured/killed while under the influence of alcohol and/or drugs, pursuant to RCW 5.40.060 et seq., which intoxication was a proximate cause of the injuries/death of the Decedent-Plaintiff.

**VII.**

As a Seventh Affirmative Defense, this Defendant specifically reserves the right to add additional affirmative defenses, empty chair defendants, counterclaims, cross-claims, and third-party claims as they become known through the process of discovery.

RESPECTFULLY SUBMITTED THIS 14th day of JUNE, 2024.

CARLSON & McMAHON, PLLC

By ___/s/ Patrick McMahon_____
PATRICK MCMAHON, WSBA #18809
Attorney for Defendants
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

WCRP05-002542\PLE\ANSWER 2ND AMD COMPLAINT 061424

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 21

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on June 14, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Nathan P. Roberts nroberts@connelly-law.com

Jackson R. Pahlke jpahlke@connelly-law.com

John Barto McEntire IV jmcentire@connelly-law.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on June 14, 2024.

_____/s/ Patrick McMahon_____
PATRICK MCMAHON, WSBA #18809

DEFENDANTS' ANSWER *and*
AFFIRMATIVE DEFENSES
TO PLAINTIFFS' SECOND AMENDED
COMPLAINT - Page 22

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 F (509) 663-0679