


Nathan P. Roberts
Jackson R. Pahlke
John B. McEntire, IV
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### Honorable Mary K. Dimke

| | |
|---|---|
| Estate of Joseph Alexander Verville, deceased, by and through Joshua Brothers as personal representative, and Abigail Snyder, individually, <br><br> Plaintiffs, <br><br> v. <br><br> Chelan County, Washington, a municipal corporation d/b/a Chelan County Regional Justice Center; Christopher Sharp; and Kami Aldrich, LPN, <br><br> Defendants. | No. 2:22-cv-010-MKD <br><br> Rule 26(a)(2) Notice |

On May 1, 2024, the Court entered a Scheduling Order that set forth dates for various deadlines and hearings.[1] Among those deadlines: the Court directed Plaintiffs to provide their Rule 26(a)(2) expert materials to both opposing counsel and the Court on October 18, then file a Notice confirming as much.[2]

This filing constitutes that Notice. Today, October 18, Plaintiffs served these expert materials on both opposing counsel and the Court via e-mail.

Dated: October 18, 2024.

        Connelly Law Offices, PLLC

        By_____
        John B. McEntire, IV, WSBA No. 39469
        2301 North 30th Street
        Tacoma, Washington 98403
        253.593.5100

### Service Certificate

I certify that on October 18, 2024, I served this document on CM/ECF, which sent an electronic copy to the following attorneys for Defendants: Pat McMahon.

        <u>s/John B. McEntire, IV</u>
        John B. McEntire, IV, WSBA No. 39469
        2301 North 30th Street
        Tacoma, Washington 98403
        253.593.510

---

[1] ECF No. 21 (Jury Trial Scheduling Order).
[2] ECF No. 21 at 4.

Connelly Law Offices
2301 North 30th Street
Tacoma, Wash. 98403
(253) 593-5100 Phone