

Nathan P. Roberts
Jackson R. Pahlke
John B. McEntire, IV
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Honorable Mary K. Dimke

| | |
|---|---|
| Estate of Joseph Alexander Verville, deceased, by and through Joshua Brothers as personal representative, and Abigail Snyder, individually, <br><br>Plaintiffs, <br><br>v. <br><br>Chelan County, Washington, a municipal corporation d/b/a Chelan County Regional Justice Center; Christopher Sharp; and Kami Aldrich, LPN, <br><br>Defendants. | No. 2:22-cv-010-MKD <br><br>Rule 26(a)(2) Notice for Dr. Richard Cummins |

On December 12, 2024, the Court set a December 17 deadline for Plaintiffs to disclose the Rule 26(a)(2) rebuttal report for Dr. Richard Cummins, then file a Notice confirming as much.[1]

This filing constitutes that Notice. Today, December 17, Plaintiffs provided Dr. Richard Cummins's expert rebuttal report to both opposing counsel and the Court via e-mail.

Dated: December 17, 2024.

                              Connelly Law Offices, PLLC

                              By_____
                              John B. McEntire, IV, WSBA No. 39469
                              2301 North 30th Street
                              Tacoma, Washington 98403
                              253.593.5100

### Service Certificate

I certify that on December 17, 2024, I served this document on CM/ECF, which sent an electronic copy to the following attorneys for Defendants: Pat McMahon.

                              <u>s/John B. McEntire, IV</u>
                              John B. McEntire, IV, WSBA No. 39469
                              2301 North 30th Street
                              Tacoma, Washington 98403
                              253.593.510

---

[1] ECF No. 35 at 2 (Order Granting Plaintiffs' Unopposed Motion to Partially Extend Expert Rebuttal Deadline).