Patrick McMahon, WSBA #18809
Attorneys for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Estate of JOSEPH ALEXANDER VERVILLE, deceased, by and through Joshua Brothers as a Personal Representative, ABIGAIL SNYDER, individually, and JAN VERVILLE, individually,<br><br>Plaintiffs,<br>v.<br><br>CHELAN COUNTY, Washington, a municipal corporation d/b/a CHELAN COUNTY REGIONAL JUSTICE CENTER; CHRISTOPHER SHARP; and KAMI ALDRICH, L.P.N.<br><br>Defendants. | No. 2:24-cv-00010-MKD<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES**<br><br>**(Clerk's Action Required)** |

TO:  ALL PARTIES AND THEIR COUNSEL
AND TO:  THE CLERK OF THE COURT

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES
- Page 1

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 F (509) 663-0679

COMES NOW the Parties, by and through their respective attorneys of record, and hereby stipulate that on January 22, 2025, the above-captioned matter was successfully mediated to an agreed resolution. The Parties agree that the matter may be removed from the Court's trial calendar and all further proceedings in the underlying case shall be stayed.

The Parties anticipate that within the next two weeks a Proposed Stipulation and Order of Dismissal with Prejudice will be filed.

RESPECTFULLY SUBMITTED THIS 23rd day of January, 2025.

DATED: January 23, 2025.

CARLSON & McMAHON, PLLC

By  /s/ Patrick McMahon
    PATRICK MCMAHON
    WSBA #18809
    Attorney for Defendants

DATED: January 23, 2025.

CONNELLY LAW OFFICES PLLC

By:  /s/ Nathan Paul Roberts
     NATHAN PAUL ROBERTS
     WSBA #40457
     Attorney for Plaintiff


By:  /s/ John B. McEntire
     JOHN B. MCENTIRE
     WSBA #39469
     Attorney for Plaintiff

WCRP05-002542\PLE\NTC SETTLEMENT OF ALL CLAIMS-012325

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES - Page 2

Carlson & McMahon, PLLC
715 Washington St / PO Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131 F (509) 663-0679

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Nathan P. Roberts nroberts@connelly-law.com

Jackson R. Pahlke jpahlke@connelly-law.com

John Barto McEntire IV jmcentire@connelly-law.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on January 23, 2025.

    /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809