

Nathan P. Roberts
Jackson R. Pahlke
John B. McEntire, IV
*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Hon. Mary K. Dimke

| | |
|---|---|
| Estate of Joseph Alexander Verville, deceased, by and through Joshua Brothers as a personal representative; Abigail Snyder and Jan Verville, both individually, <br><br> Plaintiffs, <br><br> v. <br><br> Chelan County, Washington, a municipal corporation d/b/a Chelan County Regional Justice Center; Christopher Sharp and Kami Aldrich, both individually, <br><br> Defendants. | No. 2:24-cv-010-MKD <br><br> Joint Status Report |

On January 23, 2025, the parties advised the Court they reached a settlement.[1] That same day, the Court directed the parties to file either a stipulated dismissal or a joint status report by today, February 10.[2] Here is that report:

Settlement paperwork is still being finalized, and the parties anticipate wrapping up all details in the next seven days. Within that time window, the parties anticipate submitting a stipulated dismissal motion with the Court.

Dated: February 10, 2025.

Connelly Law Offices, PLLC

By_____
John B. McEntire, IV, WSBA No. 39469
Nathan P. Roberts, WSBA No. 40457
Jackson R. Pahlke, WSBA No. 52812
2301 North 30th Street
Tacoma, Washington 98403
*Attorneys for Plaintiffs*

---

[1] ECF No. 69 (Notice of Settlement).
[2] ECF No. 70 (Order).

**Service Certificate**

I certify that on February 10, 2025, I filed this document on CM/ECF, which sent an electronic copy to the following attorneys for Defendants: Pat McMahon.

        Connelly Law Offices, PLLC

        By_____
        John B. McEntire, IV, WSBA No. 39469
        2301 North 30th Street
        Tacoma, Washington 98403
        253.593.5100