FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF JOSEPH ALEXANDER VERVILLE, deceased, by and through Joshua Brothers as a Personal Representative; ABIGAIL SNYDER, individually; JAN VERVILLE, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHELAN COUNTY, a municipal corporation d/b/a Chelan County Regional Justice Center; CHRISTOPHER SHARP, individually; KAMI ALDRICH, individually,<br><br>　　　　　　　Defendants. | No. 2:24-CV-00010-MKD<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>**ECF No. 73** |

Before the Court is the Defendants' Motion to Dismiss with Prejudice, ECF No. 73. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a

ORDER - 1

1  stipulation of dismissal signed by all parties who have appeared.  The stipulation is

2  signed by all parties who have appeared.

3        Accordingly, **IT IS ORDERED:**

4    1. Defendants' Motion to Dismiss with Prejudice, **ECF No. 73**, is **GRANTED**.

5    2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are

6       **DISMISSED with prejudice**, without an award of fees or costs.

7    3. All pending motions, if any, are **DENIED as moot**.

8    4. All pending dates and deadlines are **STRICKEN**.

9       **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

10  Order, provide copies to the parties, and **CLOSE** the file.

11       DATED February 13, 2025.

12                 *s/Mary K. Dimke*
               MARY K. DIMKE
13          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

ORDER - 2